THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 The State, Respondent,
 v.
 In the Interest of:  Nathan
 S., a Minor under the age of Seventeen Appellant.
 
 

Appeal From York County
Barry W. Knobel,
 Family Judge
Unpublished Opinion No. 2007-UP-424
Submitted October 1, 2007  Filed October 8, 2007

APPEAL DISMISSED

 
 
 Chief
 Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense,  of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office
 of the Attorney General, of Columbia; and Solicitor Christina T. Adams, of Anderson,
 for Respondent.
 
 

PER
 CURIAM:  Nathan S. appeals his guilty plea for possessing a
 weapon on school grounds.  He asserts the adjudicatory judge erred by finding
 he was delinquent because the States evidence did not establish the mens
 rea necessary for a violation of the statute.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Nathans appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.